ACCEPTED
01-14-00216-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/30/2015 6:40:05 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-00216-CV

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
HOUSTON, HARRIS COUNTY, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/30/2015 6:40:05 PM
CHRISTOPHER A. PRINE
Clerk

Victor Elgohary and Victor Elgohary, Representatively on behalf of Lakes on Eldridge North Community Association, Inc.,

Appellants,

v.

Lakes on Eldridge North Community Association, Inc., RealManage, LLC; Darla Kitchen, Don Byrnes, Michael Ecklund, Laura Vasallo Lee, John Kane, Julie Ann Bennett, Rick Hawthorne, Cara Davis; Christi Keller, Jim Flanary, Jill Richardson, Neil McLaurin, Walter Spears

Appellees.

APPELLANTS' MOTION TO EXTEND TIME TO

FILE MOTION FOR REHEARING

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellants ask the Court to extend the time to file their brief.

A. INTRODUCTION

1.     Appellants    are    Victor    Elgohary    and    Victor    Elgohary,

Representatively on behalf of Lakes on Eldridge North Community Association, Inc.

2.     Appellees are Lakes on Eldridge North Community Association, Inc., RealManage, LLC; Darla Kitchen, Don Byrnes, Michael Ecklund, Laura Vasallo Lee, John Kane, Julie Ann Bennett, Rick Hawthorne, Cara Davis; Christi Keller, Jim Flanary, Jill Richardson, Neil McLaurin, Walter Spears.

3.     The deadline to file this motion is December 31, 2015. *See* Tex. R. App. P. 49.8.

4.     This motion is partially agreed, but not as to length of time.

## B. ARGUMENT & AUTHORITIES

5.     The Court has the authority under Texas Rule of Appellate Procedure Tex. R. App. P. 49.8 to extend the time to file the motion for rehearing.

6.     Appellants' motion for rehearing is due on January 4, 2016.

7.     Appellants request an additional 31 days to file their brief, extending the time until February 1, 2016.

8.     No prior extension has been granted to extend the time to file Appellants' motion for rehearing.

9.     Appellants need additional time to file their brief because numerous other client deadlines have delayed appellants' ability to complete their motion.

## C. Prayer

10. For these reasons, Appellants ask the Court to grant an extension of time to file their motion until February 1, 2016.

_____
VICTOR S. ELGOHARY
State Bar No. 24067587
6406 Arcadia Bend Ct
Houston, Texas 77041-6222
Phone (281) 858-0014

Attorney for Appellants

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with James McConn on December 16, 2014 and he indicated that he is unopposed to an extension but would prefer that extensions be granted in two week increments since he has not conferred with his clients on this issue.

_____

Victor S. Elgohary

## CERTIFICATE OF SERVICE

I certify that a copy of Motion to Extend Time to File the Brief was served on Appellees, through counsel of record, James McConn, LeClairRyan, 1233 West Loop South, Suite 1000, Houston, Texas 77027 through the e-filing manager on December 30, 2015.

_____

Victor S. Elgohary